IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERROD HERNDON, | ) | No. C 12-00389 EJD (PR) |
| Plaintiff. | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| vs. | ) ) | |
| CA DEPT. OF CORRECTIONS, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

On January 25, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") Application was insufficient because he did not submit a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official and he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.)

Plaintiff filed a second IFP motion on February 14, 2012, which is also deficient for the same reasons as the first. The Certificate of Funds in Prisoner's Account attached to the application is deficient because it was obviously completed by Plaintiff, and not by an authorized prison official. Furthermore, Plaintiff failed to attach a copy of his prisoner trust account statement showing transactions for the last six months.

1     In the interest of justice, the Court will grant Plaintiff an extension of time to file
2 the necessary documents to complete his IFP Application to proceed with this action.
3 Plaintiff shall submit the missing documents **within thirty (30) days** of the date this order
4 is filed.  **Failure to file a response in accordance with this court order in the time**
5 **provided will result in the dismissal without prejudice of this action without further**
6 **notice to Plaintiff.**
7     The Clerk shall include a blank copy of a Certificate of Funds in Prisoner's
8 Account with a copy of this order to Plaintiff.

10 DATED: 4/16/2012

EDWARD J. DAVILA
United States District Judge

Order Granting Ext. Of TIme
00389Herndon_eot-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERROD HERNDON,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS, et al.,

        Defendants.

Case Number: CV12-00389 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/17/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon T-62827
California Medical Facility
P. O. Box 2000
Vacaville, CA 95696

Dated: 4/17/2012

                                    Richard W. Wieking, Clerk
                              /s/By: Elizabeth Garcia, Deputy Clerk