IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERROD HERNDON, | ) | No. C 12-00389 EJD (PR) |
| Plaintiff. | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| CA DEPT. OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

On January 25, 2012, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that his In Forma Pauperis ("IFP") Application was insufficient because he did not submit a Certificate of Funds in Prisoner's account completed and signed by an authorized prison official and he did not attach a copy of his prisoner trust account statement showing transactions for the last six months. (See Docket No. 3.)

Plaintiff filed a second IFP motion on February 14, 2012, which was also deficient for the same reasons as the first. (See Docket No. 5.) In the interest of justice, the Court granted Plaintiff a second extension of time to file a complete IFP application, such that a response was due on later than May 17, 2012. (See Docket No. 6.) The deadline has since passed, and Plaintiff has failed to comply. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED:      5/31/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
00389Herndon_dism-ifp.wpd                 1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GERROD L. HERNDON,

        Plaintiff,

  v.

CA DEPT. OF CORRECTIONS, et al.,

        Defendants.

Case Number: CV12-00389 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/1/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gerrod Herndon T-62827
California Medical Facility
P. O. Box 2000
Vacaville, CA 95696

Dated: 6/1/2012

                      Richard W. Wieking, Clerk
                      /s/By: Elizabeth Garcia, Deputy Clerk